(March 23, 1971)

■ DANIEL BELLO, JR., an Infant, by His Father and Natural Guardian, DANIEL J. BELLO, et al., Respondents, v. MERCK, SHARP & DOHME, a Division of Merck & Co., Inc., Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, McNally and Steuer, JJ.

■ ESPERANZA MORALES et al., Respondents, v. ALDO PRIVATE CAR CORP. et al., Appellants.—

Concur — Stevens, P. J., Capozzoli, Markewich, McNally and Steuer, JJ.